IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 20-51-CFC |
| JOANNA CRANE, | : | |
| Defendant. | : | |

## ORDER

AND NOW this 11th day of January 2021, IT IS HEREBY ORDERED that:

1. The Defendant's Unopposed Motion to Continue the February 17, 2021 trial date is **GRANTED**.

2. A status conference is scheduled for March 16, 2021 at 8:30 AM.

3. The Court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Therefore, time is excluded until March 16, 2021, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

_____
HONORABLE COLM F. CONNOLLY
United States District Court Judge